United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007



ROBERT A. KATZMANN
CHIEF JUDGE

CATHERINE O'HAGAN WOLFE
CLERK OF COURT

Date: December 17, 2014
Docket #: 14-302cv
Short Title: Sellers v. Royal Bank of Canada

DC Docket #: 12-cv-1577
DC Court: SDNY (NEW YORK CITY)
DC Judge: Forrest

## NOTICE OF HEARING DATE

Argument Date/Time: Friday, January 30, 2015 at 10:00 a.m.
Location: Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY, 10007, 17th Floor, Room 1703

Time Allotment:   David Sellers                 5 minutes
                  Royal Bank of Canada, et al   On Submission

Counsel and non-incarcerated pro se litigants presenting oral argument must register with the courtroom deputy 30 minutes before argument.

A motion or stipulation to withdraw with or without prejudice must be filed no later than 3 business days prior to the scheduled date of argument. The Court will consider the motion or stipulation at the time of argument, and counsel's appearance is required with counsel prepared to argue the merits of the case. If a stipulation to withdraw with prejudice is based on a final settlement of the case, the fully-executed settlement must be reported immediately to the Calendar Team, and a copy of it must be attached to the stipulation.

Inquiries regarding this case may be directed to 212-857-8595.

--------

Counsel must file the completed form in accordance with Local Rule 25.1 or 25.2. Pro Se parties must submit the form in paper.

Name of the Attorney/Pro Se presenting argument: DAVID SELLERS
Firm Name (if applicable): N/A
Current Telephone Number: 609-466-1354; 609-468-8437

The above named attorney represents:
(X) Appellant/Petitioner  ( ) Appellee-Respondent  ( ) Intervenor

Date: 12-30-14      Signature: [signed]

January 21, 2015

**HAND-DELIVERED**

United States Court of Appeals for the Second Circuit
Thurgood Marshall U. S. Courthouse
40 Foley Square
New York, New York 10007

**Re: David Sellers v. Royal Bank of Canada, RBC USA Holdco Corporation, RBC Capital Markets Corporation, LLC, and John Does 1-5**
**Docket No. 14-302-cv**

Dear Madam/ Sir:

With reference to the above-captioned case and as promised in my phone conversation this morning with Dana Elwood, Case Manager (212-857-8623), I am re-sending a copy of my acknowledgement of the "Notice of Hearing Date" (Docket 78-1) and certificate of service.

According to the USPS my original acknowledgement and certificate of service dated December 30, 2014 were delivered to the courthouse on December 31, 2014. A copy was also delivered the same day to the defendants. See attached tracking details evidencing both deliveries.

Please file these forms at your earliest convenience.

Thank you.

Respectfully,

David Sellers *(Pro Se)*
24 East Prospect Street
Hopewell, New Jersey
08525
609-466-1354 (land); 609-468-8437 (mobile)
sellers.david@yahoo.com

Enclosures

English     Customer Service     USPS Mobile     Register / Sign In

# USPS.COM

# USPS Tracking™



**Customer Service ›**
Have questions? We're here to help.

Tracking Number: 91149999944238552130716

On Time
Expected Delivery Day: **Wednesday, December 31, 2014**

## Product & Tracking Information

**Postal Product:**
Priority Mail 1-Day™

**Features:**
USPS Tracking™    Up to $50 insurance included Restrictions Apply

## Available Actions

Text Updates

Email Updates

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| December 31, 2014, 12:46 pm | Delivered, Front Desk/Reception | NEW YORK, NY 10007 |

Your item was delivered to the front desk or reception area at 12:46 pm on December 31, 2014 in NEW YORK, NY 10007.

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| December 31, 2014, 9:48 am | Out for Delivery | NEW YORK, NY 10007 |
| December 31, 2014, 9:38 am | Sorting Complete | NEW YORK, NY 10007 |
| December 31, 2014, 7:44 am | Arrived at Post Office | NEW YORK, NY 10007 |
| December 31, 2014, 2:36 am | Departed USPS Facility | BETHPAGE, NY 11714 |
| December 31, 2014, 12:55 am | Arrived at USPS Origin Facility | BETHPAGE, NY 11714 |
| December 30, 2014, 10:56 am | Acceptance | HOPEWELL, NJ 08525 |

## Track Another Package

Tracking (or receipt) number

[ Track It ]

Search or Enter a Tracking Number

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

David Sellers v.

The Royal Bank of Canada et al.

**CERTIFICATE OF SERVICE**
Docket Number: 14-302-cv

I, David Sellers (Pro Se), hereby certify under penalty of perjury that on December 30, 2014 (date), I served a copy of acknowledgment, Notice of Hearing Date (dated December 17, 2014)

(list all documents)

by (select all applicable)*

- [✓] United States Mail
- [ ] Federal Express
- [ ] Overnight Mail
- [ ] Facsimile
- [ ] E-mail
- [ ] Hand delivery

on the following parties (complete all information and add additional pages as necessary):

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| James P. Walsh | 502 Carnegie Center | Princeton | N.J. | 08540 |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |
| Name | Address | City | State | Zip Code |

December 30, 2014
Today's Date

_[Signature]_
Signature

*If different methods of service have been used on different parties, please indicate on a separate page, the type of service used for each respective party.

Certificate of Service Form

English    Customer Service    USPS Mobile      Register / Sign In



# USPS Tracking™



Customer Service ›
Have questions? We're here to help.

Tracking Number: 9114999944238552130723

**On Time**
Expected Delivery Day: **Wednesday, December 31, 2014**

## Product & Tracking Information

**Postal Product:**
Priority Mail 1-Day™

**Features:**
USPS Tracking™    Up to $50 insurance included
Restrictions Apply

## Available Actions

Text Updates

Email Updates

| DATE & TIME | STATUS OF ITEM | LOCATION |
| --- | --- | --- |
| December 31, 2014, 12:42 pm | Delivered | PRINCETON, NJ 08540 |

Your item was delivered at 12:42 pm on December 31, 2014 in PRINCETON, NJ 08540.

| DATE & TIME | STATUS OF ITEM | LOCATION |
| --- | --- | --- |
| December 31, 2014, 8:25 am | Out for Delivery | PRINCETON, NJ 08540 |
| December 31, 2014, 8:15 am | Sorting Complete | PRINCETON, NJ 08540 |
| December 31, 2014, 6:32 am | Arrived at Post Office | PRINCETON, NJ 08540 |
| December 31, 2014, 6:03 am | Departed USPS Facility | TRENTON, NJ 08650 |
| December 31, 2014, 12:07 am | Arrived at USPS Origin Facility | TRENTON, NJ 08650 |
| December 30, 2014, 10:57 am | Acceptance | HOPEWELL, NJ 08525 |

## Track Another Package

**Tracking (or receipt) number**

Track It

Search or Enter a Tracking Number